JUDGE KAPLAN

360-07/GMV/PLS

FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff Beacon Trading S.A.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 0335)

07 CV 6617



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEACON TRADING S.A.,

Plaintiff

- against -

SCAN MED SHIPPING INC.,

Defendant

---

07 cv _____ ( _____ )

**RULE 7.1 STATEMENT**

Plaintiff BEACON TRADING S.A., by and through its attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (nongovernmental) party, that has no corporate parents and that no publicly held corporation owns 10% or more of their stock.

Dated: New York, New York
       July 23, 2007

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
BEACON TRADING S.A.

By: _____
    Gina M. Venezia (GV 1551)
    Pamela L. Schultz (PS 0335)
    80 Pine Street
    New York, NY 10005
    (212) 425-1900
    (212) 425-1901 fax

NYDOCS1/287017.1