USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
Beacon Trading S.A.,

                Plaintiff,

v.                                                                  07-CV-6617 (LAK)

Scan Med Shipping, Inc.,

                Defendant.

-------------------------------------------------------x

HON. LEWIS A KAPLAN:

## ORDER

The Clerk of Court is directed to place this case on my suspense docket.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:   New York, NY
          November 13, 2007